**HIGGS v. SOUTHEASTERN CLEANING SERVICE**

[345 N.C. 629 (1997)]

WALTER T. HIGGS, Employee v. SOUTHEASTERN CLEANING SERVICE, Employer, and CNA INSURANCE COMPANY, Carrier

No. 289PA96

(Filed 7 March 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 122 N.C. App. 456, 470 S.E.2d 337 (1996), reversing an opinion and award entered 26 May 1995 by the North Carolina Industrial Commission. Heard in the Supreme Court 13 February 1997.

*George W. Lennon for plaintiff-appellant.*

*Robinson Maready Lawing & Comerford, L.L.P., by Jane C. Jackson and Jolinda J. Steinbacher, for defendant-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.